# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL7 | E2079301 | Sra Ortn | 30582 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/20/2024 06:49 | La R.S.40:1023 |

Place of Offense: Barksdale AFB West gate Bldg 1400 71110

Offense Description: Factual Basis for Charge    HAZMAT ☐

Green leafy substance found in a bag
Possession of drug Paraphernalia

### DEFENDANT INFORMATION

Last Name: Merrill    Nathan    T

Street Address: ███████████

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|
| 948 ETK | LA | 2017 | nissan altima | | white |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 300 Fannin st Suite 4300 Shreveport LA 71101
Date: July 11 2024
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2079301*

CVB SCAN 05/10/2024 10:19

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **April 20**, 20**24** while exercising my duties as a law enforcement officer in the **Western** District of **LA**

Probable cause was guined When gate personel noticed open alcahol Container and started search, then discovered a bag with a green leefy Substance inside.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/20/2024**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.

CVB SCAN 05/10/2024 10:19